DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA  92614
Tel: 949.399.7000
Fax: 949.399.7001
E-mail: dlandy@morganlewis.com

MICHAEL D. SCHLEMMER, State Bar No. 250000
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA  94306
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mschlemmer@morganlewis.com

Attorneys for Defendants
NOVO NORDISK INC. and MARGO VOLPE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LISA PETITJEAN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NOVO NORDISK, INC., MARGO VOLPE, and DOES 1 through 100,<br><br>　　　　　　Defendants. | Case No. 2:13-cv-02223-TLN-AC<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>United States District Judge<br>Troy L. Nunley |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW

ORDER GRANTING EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S
CASE NO. 2:13-CV-02223-TLN-AC

**ORDER**

Upon due consideration of the Parties' Stipulation to Extend Time for Defendants Novo Nordisk Inc. and Margo Volpe to Respond to Plaintiff's First Amended Complaint, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants Novo Nordisk Inc. and Margo Volpe shall have until on or before December 17, 2013 to respond to Plaintiff's First Amended Complaint.

Dated: November 18, 2013

_____
Troy L. Nunley
United States District Judge