DARYL S. LANDY, State Bar No. 136288
MORGAN, LEWIS & BOCKIUS LLP
5 Park Plaza, Suite 1750
Irvine, CA 92614
Tel: 949.399.7000
Fax: 949.399.7001
E-mail: dlandy@morganlewis.com

MICHAEL D. SCHLEMMER, State Bar No. 250000
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: mschlemmer@morganlewis.com

Attorneys for Defendants
NOVO NORDISK INC. and MARGO VOLPE


BRIAN D. SUDANO, State Bar No. 255427
SUDANO LAW FIRM
540 Lennon Lane
Walnut Creek, CA 94598
Tel: 925.849.4183
Fax: 925.849.4185
E-mail: bsudano@sudanolaw.com

Attorneys for Plaintiff
LISA PETITJEAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LISA PETITJEAN,<br><br>            Plaintiff,<br><br>     vs.<br><br>NOVO NORDISK INC., MARGO VOLPE, and DOES 1 through 100,<br><br>            Defendants. | Case No. 2:13-cv-02223-TLN-AC<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

STIPULATION AND [PROPOSED]
ORDER FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT
CASE NO. 2:13-CV-02223-TLN-AC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

Plaintiff Lisa Petitjean ("Plaintiff") and Defendants Novo Nordisk Inc. ("Novo Nordisk") and Margo Volpe ("Volpe") (collectively, "Defendants"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, Plaintiff and Defendants have met and conferred regarding potential pleading deficiencies in the ninth cause of action for intentional infliction of emotional distress and the tenth cause of action for defamation per se in Plaintiff's First Amended Complaint ("FAC");

WHEREAS, Plaintiff has agreed to amend her FAC to plead particularized facts in her intentional infliction of emotional distress and defamation per se causes of action;

WHEREAS, in exchange, Defendants have agreed not to oppose Plaintiff's pending motion for remand and will file a statement of non-opposition to Plaintiff's remand motion, attached hereto as Exhibit A;

WHEREAS, Plaintiff and Defendants agree that Defendants do not need to file a responsive pleading to the FAC in federal or state court;

WHEREAS, within fourteen days of this case being remanded to Sacramento County Superior Court, Plaintiff will amend the FAC to plead particularized facts in her intentional infliction of emotional distress and defamation per se causes of action;

WHEREAS, Defendants expressly reserve and do not waive their right to file a demurrer to any cause of action in Plaintiff's Second Amended Complaint ("SAC");

WHEREAS, Defendants expressly reserve and do not waive their right to remove this action should it become removable again at some later date;

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. Defendants will not oppose Plaintiff's pending motion to remand and will file a statement of non-opposition to the remand motion;

2. Defendants need not file a responsive pleading to the FAC in federal or state court;

3. Upon remand, Plaintiff will file a SAC in Sacramento County Superior Court that will include pleading of particularized facts in her ninth cause of action for intentional infliction of emotional distress and tenth cause of action for defamation per se;

4. Defendants reserve and do not waive their right to file a demurrer to the SAC; and

5. Defendants reserve and do not waive their right to remove this action should it become removable again at some later date.

**IT IS SO STIPULATED.**

Dated:  December 3, 2013                MORGAN, LEWIS & BOCKIUS LLP

                                        By   */S/ Daryl S. Landy*
                                           Michael D. Schlemmer
                                           Attorneys for Defendants
                                           NOVO NORDISK INC. and MARGO VOLPE

Dated:  December 3, 2013                SUDANO LAW FIRM

                                        By   */S/ Brian D. Sudano (authorized on 12/3/13)*
                                           Brian D. Sudano
                                           Attorneys for Plaintiff
                                           LISA PETITJEAN

<u>ORDER ON STIPULATION</u>

**IT IS SO ORDERED.**

DATED: December 4, 2013

_____
Troy L. Nunley
United States District Judge