UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PETITJEAN,<br><br>           Plaintiff,<br><br>      v.<br><br>NOVO NORDISK INC., MARGO VOLPE, and DOES 1 through 100,<br><br>           Defendants. | No.  13-cv-02223 TLN-DAD<br><br><br><br>**ORDER** |

   This matter is before the court on Plaintiff's Lisa Petijean's motion to remand to Sacramento County Superior Court.  (See Pl.'s Mot. to Remand, ECF 7.)   Defendant Novo Nordisk, Inc. ("Defendant") has filed a statement of non-opposition to Plaintiff's motion to remand. (See Def.'s Statement of Non-Opp'n, ECF 13.)

   Defendant removed this case from Sacramento County Superior Court to this court on October 13, 2013, on the basis of federal question jurisdiction.  (Def.'s Notice of Removal, ECF 1.)  Plaintiff filed a First Amended Complaint on November 05, 2013, omitting the federal claims asserted in Plaintiff's original complaint. (Pl.'s First Am. Compl., ECF 6)

///

///

///

1   Because the operative complaint is now devoid of any federal claims, and because
2   Defendant does not oppose remand, Plaintiff's motion to remand is GRANTED.  This case is
3   hereby remanded to Sacramento County Superior Court.  The clerk of the court is directed to
4   close the case.

Dated: December 11, 2013

Troy L. Nunley
United States District Judge